**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-2380**

KELLY DESMOND,

      Plaintiff - Appellant,

    v.

ANDREW SAUL; SOCIAL SECURITY ADMINISTRATION,

      Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:19-cv-00201-DJN)

Submitted:  May 24, 2021                            Decided:  May 27, 2021

Before WILKINSON, AGEE, and WYNN, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

Robert W. Gillikin, II, RUTTER MILLS, LLP, Norfolk, Virginia, for Appellant.  G. Zachary Terwilliger, United States Attorney, Alexandria, Virginia, Jonathan T. Lucier, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelly Desmond appeals the district court's order upholding the Administrative Law Judge's (ALJ) denial of Desmond's application for disability insurance benefits. Desmond argued, *inter alia*, that she was entitled to a hearing before a new ALJ because the ALJ who heard her case was not constitutionally appointed. On appeal, she argues that the district court erred in finding that she had waived her Appointments Clause challenge by failing to raise the argument before the ALJ and that the ALJ's decision was not supported by substantial evidence. The Commissioner moves to vacate the district court's order and remand the case for further consideration in light of *Carr v. Saul*, 141 S. Ct. 1352, 1362 (2021), and Desmond consents to the motion. Upon review, we grant the motion, vacate the district court's order, and remand the case for further proceedings consistent with the Supreme Court's decision in *Carr*. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*VACATED AND REMANDED*